IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA SINGLETON, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-3269 |
| | § | |
| JOYCE FRANCIS, *Warden*, et al., | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this habeas corpus action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 2nd day of August, 2006.

_____
DAVID HITTNER
United States District Judge